IN THE SUPREME COURT OF NORTH CAROLINA

No. 210A24

Filed 21 March 2025

CHARLES SCHWAB & CO., INC.

v.

LAUREN ELIZABETH MARILLEY and PETER JOSEPH MARILLEY

Appeal pursuant to N.C.G.S. § 7A-27(a)(3) from an order dated 20 February 2024 entered by Judge Julianna Theall Earp, Special Superior Court Judge for Complex Business Cases, in Superior Court, Mecklenburg County, after the case was designated a mandatory complex business case by the Chief Justice pursuant to N.C.G.S. § 7A-45.4(a). Heard in the Supreme Court on 12 February 2025.

*Baker Donelson Bearman Caldwell & Berkowitz, P.C., by Thomas G. Hooper; and Baritz & Colman LLP, by Neil S. Baritz, for plaintiff-appellee Charles Schwab & Co., Inc.*

*Eric Spengler for defendant-appellee Lauren Elizabeth Marilley.*

*TLG Law, by Tyler A. Rhoades and David G. Redding, for defendant-appellant Peter Joseph Marilley.*

PER CURIAM.

Defendant Peter Joseph Marilley appealed from the order of the North Carolina Business Court entered on 20 February 2024 denying his Motion to Stay Proceedings and Compel Arbitration. That order is hereby affirmed. Defendant Lauren Elizabeth Marilley's request to this Court for attorneys' fees and sanctions

pursuant to Rule 34(a)(2) of the North Carolina Rules of Appellate Procedure is hereby denied.

 AFFIRMED.[1]

---

[1] The order of the North Carolina Business Court, 2024 NCBC Order 17, is available at https://www.nccourts.gov/assets/documents/orders-of-significance/2024%20NCBC%20Order%2017.pdf?VersionId=cMpMO3lnjirOrgKEgw9maeMSxYdYuT2x.